**GRANT F. LANGLEY**
City Attorney

**LINDA ULISS BURKE**
**VINCENT D. MOSCHELLA**
**MIRIAM R. HORWITZ**
**ADAM B. STEPHENS**
Deputy City Attorneys



# CITY OF
# MILWAUKEE
### Office of the City Attorney

Milwaukee City Hall Suite 800 • 200 East Wells Street • Milwaukee, Wisconsin 53202-3551
Telephone: 414.286.2601 • TDD: 414.286.2025 • Fax: 414.286.8550

STUART S. MUKAMAL
THOMAS J. BEAMISH
MAURITA F. HOUREN
JOHN J. HEINEN
SUSAN E. LAPPEN
JAN A. SMOKOWICZ
PATRICIA A. FRICKER
HEIDI WICK SPOERL
KURT A. BEHLING
GREGG C. HAGOPIAN
ELLEN H. TANGEN
JAY A. UNORA
MARYNELL REGAN
KATHRYN Z. BLOCK
KEVIN P. SULLIVAN
THOMAS D. MILLER
JARELY M. RUIZ
ROBIN A. PEDERSON
JEREMY R. MCKENZIE
MARY L. SCHANNING
PETER J. BLOCK
NICHOLAS P. DESIATO
JOANNA GIBELEV
JENNY YUAN
KAIL J. DECKER
ALLISON N. FLANAGAN
LA KEISHA W. BUTLER
PATRICK J. LEIGL
HEATHER H. HOUGH
ANDREA J. FOWLER
PATRICK J. MCCLAIN
NAOMI E. GEHLING
Assistant City Attorneys

September 9, 2015

Jon W. Sanfilippo, Clerk
United States District Court
  for the Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 320
Milwaukee, WI 53202-4500

      RE:    *Edward Wright v. City of Milwaukee, et al.*
             Case No. 14-CV-1224-JPS

Dear Mr. Sanfilippo:

Please note that I write this letter to inform the Court that the parties have entered into a tentative settlement agreement. A resolution file, which relates to the recommended settlement, will be introduced to the Common Council during its next meeting, which will occur on September 22. The resolution file must then proceed through a Common Council cycle process, which will conclude with its presentation to the full Council for final vote on October 13, 2015. Therefore, opposing counsel and I join in requesting that the Court adjourn the pending October 19 trial date and final pre-trial proceedings.

Thank you for your attention to the above.

Very truly yours,

*s/SUSAN E. LAPPEN*
s/SUSAN E. LAPPEN
Assistant City Attorney

SEL:tas

1032-2014-2721:219273

MILWAUKEE